Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| JAY Z HARDY ) | CASE NO.:  12-03327-TUC-JMM |
| ) | |
| ) | **TRUSTEE'S OBJECTION TO PROOF** |
| ) | **OF CLAIM AND NOTICE THEREON:** |
| ) | **POC # 3** |
| DEBTOR ) | |

Dianne C. Kerns, the Trustee in the above-captioned estate, objects to the following claim:

| | |
|---|---|
| Claim No. | 3 |
| Claimant: | ANNE B HORN |
| Claim Amount: | $38741.63 |
| Claim Type: | Unsecured |
| Date of Filing: | April 20, 2012 |

Upon the following grounds:

**Claim is a Duplicate of Claim No 2**

   The Trustee recommends that said claim be disallowed as filed, unless on or before 15 days from the mailing of this objection the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the Trustee- AND receives from her a withdrawal of objection; OR

CASE NO.: 12-03327-TUC-JMM

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Bankruptcy Court, and mails a copy thereof to the Trustee at: 7320 N. La Cholla #154, PMB #413, Tucson, Arizona 85741-2305.

Dated: 1/25/2013

/s/ Dianne C. Kerns 011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy
Court and mailed this: 1/25/2013

ERIC OLLASON
182 N COURT AVE
TUCSON, AZ 85701

ANNE B HORN
C/O ROBIN C CARTER
5520 E CHARTER OAK RD
SCOTTSDALE, AZ 85254

By Dawn Hoffman