Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520) 544-9094

THIS ORDER IS APPROVED.

Dated: March 16, 2013



**Brenda Moody Whinery, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDINGS |
| JAY Z HARDY | CASE NO.:  12-03327-TUC-BMW |
| | **ORDER ON TRUSTEE'S OBJECTION TO: POC # 3** |
| DEBTOR | |

Dianne C. Kerns, Trustee, having objected to the referenced claim, and after due notice by mail to the claimant, and the claimant having failed to respond, or after a hearing on the following claimant's response, and good cause appearing:

IT IS ORDERED THAT the Trustee's objection is sustained and the following claim shall be disallowed:

Dianne C. Kerns, the Trustee in the above-captioned estate, objects to the following claim:

| | |
|---|---|
| Claim No. | 3 |
| Claimant: | ANNE B HORN |
| Claim Amount: | $38741.63 |
| Claim Type: | DUPLICATE CLAIM |
| Date of Filing: | 04/20/2012 |

Dated: _____

_____
U.S. BANKRUPTCY JUDGE

Submitted By: Dianne C. Kerns, Esq.
Prepared By Dawn Hoffman